439 A.2d 1154

**COMMONWEALTH of Pennsylvania**

v.

**Mitchell D. DiVENTURA, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Jan. 22, 1982.

Donald B. Corriere, Dist. Atty., Domenic P. Sbrocchi, Asst. Dist. Atty., Alan B. McFall, Sp. Asst. Deputy Atty. Gen., for appellant.

Clayton T. Hyman, Allentown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, LARSEN, FLAH-ERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed, 411 A.2d 815.

NIX, J., did not participate in the consideration or decision of this case.

KAUFFMAN and WILKINSON, JJ., did not participate in the decision of this case.